Chad Anderson AZ Bar 020771
120 E Rio Salado Parkway
Tempe, Arizona 85281
T: 602-904-5485
chad@dposolutions.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BAOL LLC, <br>    A Delaware Limited Liability Company <br>    And Lanning Janosov, an individual <br><br>vs. <br><br> Lubos Dzuba, an individual; a/k/a Elio Chalamet; a/k/a @elioprivate; a/k/a @eliofree | No. 22-cv- 00341-DWL <br><br> MOTION TO DISMISS |

      Plaintiffs Lanning Janosov, an individual, and BAOL LLC, a Delaware Limited Liability Company, (hereinafter "Plaintiff"), by and through their counsel, hereby give notice of Settlement.

      Pursuant to FRCP 41(a)(1)(A)(i) as to non-appearing parties, Plaintiff and non-appearing parties stipulated dismissal of the entire action with prejudice, each party to bear their own fees and costs.

      With this stipulation, there are no remaining parties to this action and the Plaintiff

1 | respectfully moves to DISMISS this action with prejudice.

3 | Date: June 2, 2022                              Respectfully submitted,

5 |                                                              By:     /s/ Chad Anderson

7 |                                                              Chad Anderson, Attorney at Law
  |                                                              AZ Bar 020771
8 |                                                              120 E Rio Salado Parkway
  |                                                              Tempe, AZ 85281

10 |                                                             P.O. Box 63333
   |                                                             Phoenix, AZ 85082
11 |                                                             Telephone:  602-904-5485
12 |                                                             chad@dposolutions.com

14 |                                                             ATTORNEY FOR PLAINTIFF