# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BAOL LLC, et al., | No. CV-22-00341-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Lubos Dzuba, | |
| Defendant. | |

**IT IS ORDERED** that plaintiffs' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. 9) is granted.  **IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action with prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 8th day of June, 2022.

Dominic W. Lanza
United States District Judge